# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICKEY REAUX

NO. 2021 KW 1124

**DECEMBER 6, 2021**

---

In Re:    Rickey Reaux, applying for supervisory writs, 18th
          Judicial District Court, Parish of West Baton Rouge,
          No. 070665.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.    Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) does not apply retroactively to relator whose conviction and sentence was final at the time the decision was rendered. See also **State v. Kelly,** 2021-00572 (La. 9/27/21), 324 So.3d 79 (per curiam). Accordingly, the district court did not err by dismissing the application for postconviction relief.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT